[No. 31127-1-I.    Division One.    July 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK WARREN YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-1-01059-1, Daniel T. Kershner, J. Pro Tem., entered July 22, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 31068-2-I.    Division One.    July 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH MORRIS, *Defendant*, THOMAS PAUL MONOHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-03945-8, William L. Downing, J., entered July 13, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 31240-5-I.    ˙ Division One.    July 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA ANN MJELDE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-03154-1, John M. Darrah, J., entered July 14, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 31415-7-I.    Division One.    July 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PAYTON ROBERT SIVA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02806-5, Warren Chan, J., entered August 17, 1992. *Dismissed* by unpublished per curiam opinion.